UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Daniel & Beth Lawrence

Chapter 13
Case No. 10-46747-LT13

NOTICE OF OPPORTUNITY FOR HEARING;

Debtors_____/CERTIFICATE OF SERVICE

    NOTICE IS HEREBY GIVEN that the Debtors have filed a MOTION TO ALLOW DEBTORS TO SELL REAL PROPERTY; DECLARATIONS IN SUPPORT. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the Debtors' attorney and the Chapter 13 Trustee as listed below, within twenty one (21) days of mailing of the notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtors' attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee is the case, in the event an objection or request for hearing is timely made.

Dated:___04/28/2014_____

_____
Rabin J. Pournazarian
Attorney for Debtors
15760 Ventura Blvd., Ste 1100
Encino, CA 91436

Court's Address:
Clerk, United States Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

Chapter 13 Trustee:
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

CERTIFICATE OF SERVICE

    I am not less than 18 years of age and not a party to the within case. My business address is 15760 Ventura Blvd., Ste. 1100, Encino, CA 91436. I served this NOTICE and the associated MOTION TO ALLOW DEBTORS TO SELL REAL PROPERTY; DECLARATIONS IN SUPPORT by first-class United States mail, postage pre-paid, at Encino, California, on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The

Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 4/29/14 at Encino, California.                  _____
                                                        LAURA FRANKLIN

| | | |
|---|---|---|
| | CitiBank, NA.<br>P.O. Box 688971<br>Des Moines, IA<br>50368-8971 | Bank of America<br>Bankruptcy Department<br>Post Office Box 2278<br>Norfolk, VA 23501-2278 |
| Alane A. Becket<br>Law Offices of Alane A. Becket<br>16 General Warren Blvd.<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Martha G. Bronitsky<br>P.O. Box 9077<br>Pleasanton, CA 94566-9077 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Chase Bank USA NA by eCAST Settlement Corpor<br>as its agent<br>POB 29262<br>New York NY 10087-9262 |
| CitiMortgage Inc.<br>PO BOX 688971<br>Des Moines, IA 50368-8971 | CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6941 | Citimortgage<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 |
| East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | Franchise Tax Board<br>Attn: Bankruptcy<br>P O Box 2952<br>Sacramento, CA 95812-2952 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Group 2<br>P.O.Box 7317<br>Philadelphia, PA 19101-7317 | JP Morgan Chase Bank<br>c/o Malcolm Cisneros, a Law Corporation<br>2112 Business Center Drive, 2nd Fl<br>Irvine, CA 92612-7137 | Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 |
| Beth Michelle Lawrence<br>729 Tunbridge Road<br>Danville, CA 94526-4319 | Daniel Brian Lawrence<br>729 Tunbridge Road<br>Danville, CA 94526-4319 | Office of the U.S. Trustee/Oak<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612-5231 |
| PO BOX 688971<br>Des Moines, Iowa 50368-8971 | | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | United Mileage Plus<br>P O Box 94014<br>Palatine, IL 60094-4014 | Wells Fargo<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS-Internal Revenue Srvc-CIO
Post Office Box 21126
Stop N781
Philadelphia, PA 19114

State Board of Equalization
Collection Dept.
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

End of Label Matrix
Mailable recipients    28
Bypassed recipients     2
Total                  30